AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| JESUS GONZALEZ<br><br>_Plaintiff(s)_<br><br>v.<br><br>MALAUBE LLC, d/b/a Spris,<br>and SEVEN SKIES COMPANY, INC.<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.   1:23-cv-22548-JEM |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  MALAUBE LLC, d/b/a Spris
By serving Registered Agent
DAVID , FUNES
12660 SW 69TH CT
PINECREST, FL 33156

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

_s/ N. Cubic_

Deputy Clerk
U.S. District Courts

Date:   Jul 10, 2023

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |  |
|---|---|---|
| JESUS GONZALEZ | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  1:23-cv-22548-JEM |
| v. | ) ) | |
| MALAUBE LLC, d/b/a Spris, and SEVEN SKIES COMPANY, INC. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEVEN SKIES COMPANY, INC.
By serving Registered Agent
Barrios-Balbin, PA
201 Alhambra Circe, Suite 500
CORAL GABELS, FL 33134


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Phone: 305-351-2014
cc@cunninghampllc.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jul 10, 2023

_s/ N. Cubic_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court