UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22548-JEM

JESUS GONZALEZ

    Plaintiff,
v.

MALAUBE LLC, d/b/a Spris,
and SEVEN SKIES COMPANY, INC.

    Defendants
_____/

### NOTICE OF SETTLEMENT WITH DEFENDANT, MALAUBE LLC.

COMES NOW, Plaintiff, Jesus Gonzalez, by and through the undersigned counsel, hereby notifies the Court that an agreement has been reached between Plaintiff and Defendant, Malaube, LLC, d/b/a Spris (the "Defendant"), in principle that resolves all claims that were or could have been brought in this action as to Defendant. Plaintiff and Defendant are in the process of working on the Settlement Agreement and request that the Court stay all matters and pending deadlines in this action as to Defendant, and grant Plaintiff and Defendant thirty (30) days to finalize their written Settlement Agreement and submit the appropriate dismissal documents as to Defendant, Malaube, LLC, d/b/a Spris.

All claims are still pending as to Defendant, Seven Skies Company, Inc., as it was not part of the of the settlement.

Respectfully submitted on this August 21, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156

Page 1 of 2

**Exhibit - A**

Gonzalez v. Malaube, LLC.<br>
Case No. 23-cv-22548-JEM

T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*