UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22548-JEM

JESUS GONZALEZ

    Plaintiff,
v.

MALAUBE LLC, d/b/a Spris,
and SEVEN SKIES COMPANY, INC.

    Defendants
_____/

## ORDER ON MOTION TO SET ASIDE ORDER

THIS CAUSE having come before the Court pursuant to due notice on Plaintiff's motion to set aside order closing case [DE 11], and the Court being advised in the premises, it is ORDERED and ADJUDGED:

1. Plaintiff's Motion is **GRANTED**

2. The Court has set aside the Administrative Order Closing Case and the Clerk is directed to reopen the case.

DONE AND ORDERED in Chambers in Miami, Florida on this _____.

                                                            _____
                                                            JOSE A. MARTINEZ
                                                            UNITED STATES DISTRICT COURT JUDGE