UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22548-CIV-MARTINEZ

JESUS GONZALEZ,

      Plaintiff,

v.

MALAUBE LLC, d/b/a Spris, and SEVEN SKIES COMPANY, INC.,

      Defendants.
_____/

## AMENDED ORDER ON FINAL DEFAULT JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant Seven Skies Company, Inc. (ECF No. 9). Upon review of the record, it appears that Defendant has indeed failed to answer or otherwise respond to the Complaint. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. **On or before August 31, 2023**, Defendants shall (1) file an answer or other response to the Complaint, and (2) file a motion to set aside the Clerk's Default that shows good cause for Defendants' failure to timely respond to the Complaint. If Defendants fail to do so, final default judgment may be entered.[1] In other words, Defendants must object to the Clerk's Default by the above deadline or Plaintiff may be able to obtain the relief requested in its Complaint.

2. **On or before September 8, 2023**, Plaintiff shall file a motion for final default judgment that includes affidavits of the amounts due by Defendant, if necessary, and any other

---

[1] The Court notes that a corporation must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, any pleadings or documents filed by the corporate Defendants must be filed through counsel.

-2-

supporting documentation necessary to determine the measure of damages and/or conclude this action. Plaintiff shall send a copy of the motion to Defendant's counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent. Plaintiff's failure to file a motion for final default judgment within the specified time will result in a dismissal without prejudice.

3. Plaintiff shall immediately send a copy of this Order to Defendant and file a certificate of service on the record.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record